**IA LABS CA, LLC, Plaintiff–Appellant,**

**v.**

**NINTENDO CO., LTD., and Nintendo of America, Inc., Defendants–Appellees.**

**No. 2012–1644.**

United States Court of Appeals, Federal Circuit.

June 18, 2013.

Andrew DiNovo, DiNovo Price Ellwanger & Hardy LLP, of Austin, TX, argued for plaintiff-appellant. With him on the brief were Adam G. Price, Jay D. Ellwanger, Nicole E. Glauser and Stafanie T. Scott.

Jerry A. Riedinger, Perkins Coie LLP, of Seattle, WA, argued for defendants-appellees. With him on the brief were Tyler C. Peterson and Kirstin E. Larson; and C. Mark Kittredge, of Phoenix, AZ.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judge.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**